**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 07-1429**

———————————

AMERIQUEST MORTGAGE COMPANY,

                                   Plaintiff - Appellee,

        versus

REX PLANT,

                                   Defendant - Appellant,

        and

COLLEEN BOSSIER,

                                            Defendant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:05-cv-01653-RDB)

———————————

Submitted:  January 23, 2008        Decided:  February 7, 2008

———————————

Before WILKINSON, MOTZ, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Thomas DeCaro, DECARO & HOWELL, PC, Upper Marlboro, Maryland, for
Appellant.  Daniel J. Tobin, BALLARD, SPAHR, ANDREWS & INGERSOLL,
LLP, Bethesda, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rex Plant appeals the district court's orders granting summary judgment and awarding damages in favor of Ameriquest Mortgage in its efforts to collect payment on a residential mortgage loan. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ameriquest Mortgage Co. v. Plant, No. 1:05-cv-01653-RDB (D. Md. Feb. 13, 2007, and Mar. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED